United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GAMETEK LLC,

    Plaintiff(s),

v.

ZYNGA INC.,

    Defendant(s).
_____/

No. C-13-02546-RS (DMR)

**NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTER**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court is in receipt of the parties' joint letter regarding their discovery dispute filed on October 29, 2013 [Docket No. 59]. You are hereby notified that a hearing regarding the dispute is set for **November 21, 2013 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

    IT IS SO ORDERED.

Dated: November 7, 2013

DONNA M. RYU
United States Magistrate Judge