1   John J. Edmonds (State Bar No. 274200)
    jedmonds@cepiplaw.com
2   Stephen F. Schlather (admitted *pro hac vice*)
    sschlather@cepiplaw.com
3   Shea Palavan (admitted *pro hac vice*)
    spalavan@cepiplaw.com
4   COLLINS EDMONDS POGORZELSKI
5   SCHLATHER & TOWER, PLLC
    1851 East First Street, Suite 900
6   Santa Ana, California 92705
    Telephone: (951) 708-1237
7   Facsimile: (951) 824-7901

8
    Attorneys for Plaintiff,
9   **GAMETEK LLC**

10

11                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
12                     SAN FRANCISCO DIVISION

13  GAMETEK LLC,

14          Plaintiff,                        Case No.: 3:13-cv-02546-RS

15      v.                                    [PROPOSED]   ORDER   GRANTING
                                              **GAMETEK LLC'S UNOPPOSED MOTION**
16                                            **TO CHANGE THE TIME OF HEARING ON**
    ZYNGA, INC.,                              **DEFENDANT'S MOTION FOR JUDGMENT**
17                                            **ON THE PLEADINGS**
          Defendant.
18

19

20

21

22

23

24

25

26

27

28

1    Plaintiff GT Gaming LLC's (formerly known as "Gametek LLC") Unopposed Motion to

2    Change the Time of Hearing on Defendant's Motion for Judgment on the Pleadings came before this

3    Court, the Honorable Richard Seeborg presiding.

4    Having considered the motion and for good cause shown,

5    **THE COURT ORDERS AS FOLLOWS:**

6

7    Plaintiff's Unopposed Motion to Change the Time of Hearing on Defendant's Motion for

8    Judgment on the Pleadings is **GRANTED**.  The hearing on Defendant, Zynga, Inc.'s, Motion for

9    Judgment on the Pleadings is hereby continued one week from April 17, 2014 to April 24, 2014.

10    **IT IS SO ORDERED**

11

12

13    DATED:  3/12/14

The Honorable Richard Seeborg
United States District Judge
Northern District of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28