UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:** April 24, 2014          **Time in Court**: 50 min.

**Case No.:** C 13-02546 RS and Related Matters
C 13-03089 RS, C 13-03472 RS, C 13-03493 RS

**Case Title:** Gametek, LLC v. Zynga Inc.

Gametek, LLC v. Funzio, Inc., et al.,

Gametek, LLC v. Electronic Arts, Inc.

Gametek, LLC. v. Crowdstar International Limited, et al.,

**Appearances:**

For Plaintiff(s): John Edmonds

For Defendant(s): Wayne Barsky, Ellen Lin, Steven Moore

**Deputy Clerk:** Corinne Lew        **Court Reporter:** James Pence

**PROCEEDINGS**

Motion for Judgment on the Pleadings Hearing Held.

**SUMMARY**

MOTION/MATTER: ( ) Granted

( ) Denied

( ) Granted in part/Denied in part

**(X) Taken under submission**

( ) Withdrawn/Off Calendar

Order to be prepared by: ( ) Plaintiff    ( ) Defendant    **(X) Court**