UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gametek LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZYNGA INC.,<br><br>　　　　　Defendant. | Case No. C 13-02546 RS DR<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME FOR ZYNGA TO FILE BILL OF COSTS AND MOTION FOR ATTORNEY FEES |

Before the Court is Plaintiff Gametek LLC n/k/a GT Gaming and Defendant Zynga's stipulated request to extend the time for Zynga to file a bill of costs and motion for attorney fees. Having considered the request and the accompanying declaration,

**THE COURT ORDERS AS FOLLOWS:**

The time for Zynga to file a bill of costs and motion for attorney fees is extended to Monday, June 30, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/8/14

　　　　　　　　　　　　　　　　　　　　　　／s／ Richard Seeborg
　　　　　　　　　　　　　　　　　　　　　　The Honorable Richard Seeborg
　　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　　Northern District of California